FILED
HARRISBURG
FEB 1 6 2001
MARY E. D'ANDREA, CLERK
Per
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HABEEB SALEEM, | : | |
| Plaintiff | : | Civil Action No. 1:CV-01-0181 |
| v. | : | Judge Caldwell |
| MARTIN F. HORN, et al., | : | (Magistrate Judge Smyser) |
| Defendants | : | |

### DEFENDANTS' OBJECTIONS TO MAGISTRATE JUDGE SMYSER'S REPORT AND RECOMMENDATION TO REMAND THIS MATTER TO THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

Defendants, by and through their attorney, Victoria S. Freimuth, Assistant Counsel, Pennsylvania Department of Corrections, in accordance with Local Rule of Court 72.3, hereby object to Magistrate Judge Smyser's Report and Recommendation dated February 6, 2001, in that Defendants' removal of this matter should be denied.

REPORT OF MAGISTRATE:

"Based on the foregoing, it is recommended that this case be remanded to the Court of Common Pleas of Allegheny County, Pennsylvania."

WHEREFORE, Defendants respectfully request that the Court, the reasons cited in the brief in support of these objections, grant the Defendants' removal of this matter to Federal Court.

Respectfully submitted:

*Victoria S. Freimuth*
Victoria S. Freimuth
Assistant Counsel
Attorney I.D. 77183

PA Department of Corrections
55 Utley Drive
Camp Hill, PA 17011
(717) 731-0444

Dated: February 16, 2001

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HABEEB SALEEM, : | |
| : | |
| Plaintiff : | Civil Action No. 1:CV-01-0181 |
| : | |
| v. : | Judge Caldwell |
| : | |
| MARTIN F. HORN, et al., : | (Magistrate Judge Smyser) |
| : | |
| Defendants : | |

## CERTIFICATE OF SERVICE

I hereby certify that I am this day forwarding a true and correct copy of the foregoing Defendants' Objection to Magistrate Judge Smyser's Report and Recommendation to Remand this Matter to Court of Common Pleas of Allegheny County upon the person(s) in the manner indicated below:

Service by first-class mail
Addressed as follows:

Habeeb Saleem, DE-2340
SCI-Pittsburgh
3001 Beaver Avenue
P.O. Box 99901
Pittsburgh, PA 15233

_____
Alonda N. Bailey
Clerk Typist 2

PA Department of Corrections
55 Utley Drive
Camp Hill, Pennsylvania 17011
(717) 731-0444
Dated: February 16, 2001