IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HABEEB SALEEM,          :

    Plaintiff          :

                          :

vs.                     :   CIVIL ACTION NO. 1:CV-01-0181

                          :

MARTIN F. HORN, et al., :

    Defendants         :

**O R D E R**

FILED
HARRISBURG, PA

APR 1 1 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

AND NOW, this 11th day of April, 2001, upon consideration of the Report of the United States Magistrate Judge, dated February 6, 2001, and the Defendants' objections to it, and upon independent review of the record and the controlling law, it is ordered that the Magistrate Judge's Report is adopted. It is further ordered, that:

    1. This case is remanded to the Court of Common Pleas of Allegheny County, Pennsylvania.

    2. Defendants' motion to dismiss, filed February 5, 2001, (Doc. No. 3) is dismissed as moot.

    3. The Clerk of Court shall close the file.

Certified from the record
Date 4-11-01
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk

/s/ William W. Caldwell
William W. Caldwell
United States District Judge

AO 72A
(Rev 8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

April 11, 2001

Re:  1:01-cv-00181    Saleem v. Horn

True and correct copies of the attached were mailed by the clerk
to the following:

    Habeeb Saleem
    SCI-PITTSBURGH
    DE-2340
    P. O. Box 99901
    Pittsburgh, PA  15233

    Victoria Sellitto Freimuth, Esq.
    Office of Chief Counsel
    PA Dept of Corrections
    55 Utley Drive
    Camp Hill, PA  17011

cc:
Judge                          (✓)           ( ) Pro Se Law Clerk
Magistrate Judge               (✓)           ( ) INS
U.S. Marshal                   ( )           ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  (✓)
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen   ( )    PA Atty Gen   ( )
                                        DA of County  ( )    Respondents   ( )
Bankruptcy Court               ( )
Other _The D/Htsb. CV_         (✓)

                                                                         MARY E. D'ANDREA, Clerk

DATE: _____4-11-01_____         BY: _____/STG/_____
                                              Deputy Clerk